IN THE UNITED STATES FEDERAL COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WESLEY ANDERSON, | : |
|     Plaintiff, | : |
| v. | :  CIVIL ACTION NO. |
| JONATHAN A. HINDI, MARASPEED LOGISTICS INC., AND PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY | :     _____ |
|     Defendants. | : |

_____

## NOTICE OF REMOVAL

TO THE CLERK OF COURT: PLEASE TAKE NOTICE THAT DEFENDANT JONATHAN A. HINDI hereby removes to this Court the State Court Action described below, with the express consent of co-defendants Maraspeed Logistics, Inc., and Progressive Southeastern Insurance Company.

1.

On April 5, 2022, Plaintiff filed his Complaint for Damages in the Superior Court of Loundes County, State of Georgia, entitled *Wesley Anderson v. Jonathan*

1

*A. Hindi, Maraspeed Logistics, Inc., and Progressive Southeastern Insurance Company Juergen Kaufmann*, Civil Action Number 2022cv0484.

2.

On June 7, 2022, the Summons and Complaint were served on Defendant Jonathan A. Hindi in Raleigh, North Carolina at his residence and domicile located at 5220 Trinity Village Lane, Apartment 304, Raleigh, North Carolina, 27607. Plaintiff filed the Sheriff's Entry of Service/Return of Service with the Superior Court of Lowndes County on June 15, 2022. As such, this Notice is timely and made within 30 days of the filing of the Sheriff's Entry of Service/Return of Service showing service on Defendant in his home state of North Carolina.

3.

A copy of all process, pleadings, and orders served upon Defendant in the Superior Court of Lowndes County, State of Georgia action are attached hereto as Exhibit "A."

4.

This action is a civil action over which this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446 as a result of diversity jurisdiction and amount in controversy.

5.

Plaintiff is a Georgia resident. Defendant Jonathan A. Hindi is a North Carolina resident with a home address of 5220 Trinity Village Lane, Apartment 304, Raleigh, North Carolina, 27607. Maraspeed Logistics, Inc. is an Illinois company with its principal place of business located at 12057 Flint Drive, Homer Glen, Illinois, 50491. Defendant Progressive Southeastern Insurance is an Indiana Corporation with is principal place of business located at 9339 Priority Way West Drive, Suite 200, Indianapolis, Indiana, 46240. There is complete diversity among the parties. Furthermore, Plaintiff seeks damages in his Complaint for medical bills and pain and suffering in the amount of $900,000.00 plus costs.. Therefore, the jurisdictional requirement for the amount in controversy is satisfied.

6.

Given that the requirements of diversity jurisdiction are met, Defendant Hindi seeks removal to Federal Court.

7.

Defendants Maraspeed Logistics, Inc. and Progressive Southeastern Insurance expressly consent to this removal to federal court by their undersigned counsel.

WHEREFORE, Defendants pray that this action be removed to the United States District Court for the Middle District of Georgia, Valdosta Division.

This 15th day of July, 2022.

/s/Jason D. Lewis
**Jason D. Lewis**
Georgia Bar No. 197856
jlewis@chrkglaw.com
Counsel for Defendants
Jonathan A. Hindi
Maraspeed Logistics, Inc.
Progressive Southeastern Ins.

Chambless, Higdon, Richardson
Katz & Griggs, LLP
PO Box 18086
Macon, Georgia 31209-8086
Highridge Centre
3920 Arkwright Road
Suite 405
Macon, Georgia 31210
(478) 745-1181
(478) 746-9479
jlewis@chrkglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served the opposing party(ies) with a true and correct copy of the foregoing document by efiling same into PACER which sent electronic statutory service, as follows:

Jody D. Peterman
Dillon P. Hanson
Jody D. Peterman, LLC
P.O. Box 6010
Valdosta, GA 31606-6010
petermanlawoffice@yahoo.com
dhanson.petermanlaw@gmail.com
*Attorneys for Plaintiff*

/s/Jason D. Lewis
**Jason D. Lewis**
Georgia Bar No. 197856
jlewis@chrkglaw.com
*Attorney for Defendants*

Chambless, Higdon, Richardson
Katz & Griggs, LLP
PO Box 18086
Macon, Georgia 31209-8086
Highridge Centre
3920 Arkwright Road
Suite 405
Macon, Georgia 31210
(478) 745-1181
(478) 746-9479
jlewis@chrkglaw.com